IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA

DARIN VIARS,
on behalf of himself and all others
similarly situated,

        Plaintiff,                      Civil Action No. 5:18-00041

v.

LOWE'S HOME CENTERS, LLC,

        Defendant.

## AGREED ORDER GRANTING MOTION TO COMPEL ARBITRATION, STRIKE CLASS ALLEGATIONS AND DISMISS CASE

On this day, the Court considered Defendant Lowe's Home Centers, LLC's ("Lowe's") "Motion to Compel Individual Arbitration, Strike Class Allegations, and Dismiss Case." After considering the facts and arguments set forth in the Motion, and being advised that Plaintiff has no objections to the Motion, the Court hereby finds that the Motion is meritorious and should be **GRANTED**.

Specifically, the Court hereby **FINDS** that the Contract for Installation Services ("Contract") entered into between Lowe's and Plaintiff contains a valid and enforceable agreement to arbitrate and expressly covers the claims set forth in Plaintiff's Complaint. As such, Plaintiff must pursue the claims stated in his Complaint, if at all, through Arbitration.

The Court further **FINDS** that that the Contract contains a valid and enforceable agreement expressly precluding Plaintiff from pursuing class and representative claims. As a result, Plaintiff's class allegations are improper as he must pursue his claims in this matter on an individual (instead of class-wide) basis. As such, this Court hereby **DISMISSES,** with

prejudice, and **STRIKES** Plaintiff class allegations from the Complaint, pursuant to Federal Rule of Civil Procedure 12(f).

Finally, given that Plaintiff's claims in this matter must be pursued, if at all, in arbitration, on an individual basis, the Court hereby **DISMISSES** Plaintiff's lawsuit in this matter in its entirety.

The Court directs the Clerk to transmit copies of this Order to counsel of record.

Signed this 14th day of February, 2018.

IRENE C. BERGER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF WEST VIRGINIA

Prepared by:

/s/Ellen J. Vance
Eric W. Iskra (WV State Bar # 6611)
Ellen J. Vance (WV State Bar # 8866)
Spilman Thomas & Battle, PLLC
P.O. Box 273
Charleston, WV 25321-0273
(304) 340-3800
  *Counsel for Defendant Lowe's Home Centers, LLC*


Approved by:


/s/Kristina Thomas Whiteaker
Kristina Thomas Whiteaker (WV State Bar #9434)
David L. Grubb (WV State Bar # 1498)
The Grubb Law Group
1114 Kanawha Boulevard, East
Charleston, WV  25301
(304) 345-3356
  *Counsel for Plaintiff Darin Viars*